1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700



FILED

AUG 20 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE AFFIDAVIT APPLICATION OF THE UNITED STATES OF AMERICA FOR A CRIMINAL COMPLAINT, ARREST WARRANTS, AND SEARCH WARRANTS RELATED TO THE AGUILAR DRUG TRAFFICKING ORGANIZATION | 2:13-MJ-0258  DAD<br><br>**SEALING ORDER**<br><br><u>UNDER SEAL</u> |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: August 19, 2013

_____
Hon. DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE