1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-CR-00296-KJM |
| Plaintiff, | |
| v. | |
| FEDERICO SANDOVAL AGUILAR, et al., | |
| Defendants. | |
| ———————————————— | |
| UNITED STATES OF AMERICA, | No. 2:14-CR-00124-MCE |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| JAIME DOMINGUEZ, | |
| Defendant. | |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a).  Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort."  L.R. 123(a)(3).  Accordingly, the assignment of these

1

matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties. Related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned, and the court does not depart from that practice here. *Id.* 123(c).[1]

As a result, it is hereby ORDERED that 2:14-CR-00124-MCE is reassigned from the Honorable Morrison C. England to the undersigned. Henceforth, the caption on documents filed in the reassigned case shall be denominated: 2:14-CR-00124-KJM.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: May 13, 2014.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Relating cases under Local Rule 123 assigns the actions to the same judge. However, it does not consolidate the actions.